UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

Case No. 2:09-CR-213-KJD-RJJ

v.

**<u>ORDER</u>**

JOSE RODRIGUEZ-AVELINO,

     Defendant.

Before the Court is Defendant Jose Rodriguez-Avelino's ("Defendant") Motion to Vacate under 28 U.S.C. § 2255 (#28). Defendant supplemented this Motion twice (##29, 30) and the Government was ordered to respond (#31), which it did (#40). It should be noted that Defendant is still technically on supervised release, preventing this Motion from being moot. However, Defendant has been deported to Mexico and is not being actively supervised.

///

///

///

///

///

///

1    Under the Local Rules of Special Proceedings and Appeals, Plaintiff is required to "file with

2    the Court written notification of any change of address. . .. Failure to comply with the Rule may

3    result in dismissal of the action with prejudice." LSR 2-2. The Court's most recent communication

4    with Plaintiff has been returned as undeliverable and labled "ATTEMPED - NOT KNOWN" (#39).

5    Accordingly, Defendant's Motion is **HEREBY DENIED**, however the Court does so without

6    prejudice.

7           DATED this 9th day of October 2013.

8

9

10                                                        _____
                                                           Kent J. Dawson
11                                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26